# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 15, 2022

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Michael L. Binday
        v. United States
        No. 21-1241
        (Your No. 21-1206)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 10, 2022 and placed on the docket March 15, 2022 as No. 21-1241.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst