UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1206

**Caption [use short title]**

**Motion for:** Extension of Time

Set forth below precise, complete statement of relief sought:

Motion for Extension of Time

Michael Binday v. United States of America

**MOVING PARTY:** United States of America  
**OPPOSING PARTY:** Michael Binday

☐ Plaintiff  ☐ Defendant  
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Damian Williams, U.S. Attorney, Southern District of New York  
**OPPOSING ATTORNEY:** David Shapiro

[name of attorney, with firm, address, phone number and e-mail]

By: Connie Dang, Assistant U.S. Attorney | The Norton Law Firm  
One Saint Andrew's Plaza, New York, NY 10007 | 299 Third Street, Ste. 200, Oakland, CA 94607  
(212) 637-2543; Email: Connie.Dang@usdoj.gov | (510) 906-4906; Email: dshapiro@nortonlaw.com

**Court- Judge/ Agency appealed from:** The Honorable Colleen McMahon, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:  
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:  
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**  
Has this request for relief been made below?  ☐ Yes  ☐ No  
Has this relief been previously sought in this court?  ☐ Yes  ☐ No  
Requested return date and explanation of emergency: ____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:____

**Signature of Moving Attorney:**  
/s/Connie Dang  **Date:** 06/05/2023  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MICHAEL BINDAY, | : Dkt. No. 21-1206 |
| Petitioner, | : |
| | : **AFFIRMATION IN SUPPORT OF** |
| - v. - | **THE GOVERNMENT'S MOTION** |
| | : **FOR EXTENSION OF TIME** |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK            )
COUNTY OF NEW YORK           : ss.:
SOUTHERN DISTRICT OF NEW YORK )

CONNIE DANG, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York, and I represent the United States of America in the proceedings in both this Court and the District Court. I submit this affirmation in support of the Government's motion for a one-week extension of its time to respond to petitioner Michael Binday's motion for bail, filed on June 2, 2023. Petitioner consents to the Government's motion.

2. Petitioner's conviction after a jury trial was affirmed by this Court, *United States v. Binday*, 804 F.3d 558 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 2487 (2016); his first motion pursuant to 28 U.S.C. § 2255 was denied, after which this

Court declined to issue a certificate of appealability, *Binday v. United States*, No. 18-2143, Dkt. 45 (2d Cir. Jan. 15, 2019), *cert. denied*, 140 S. Ct. 1105 (2020). Petitioner then filed in the District Court a second motion pursuant to 28 U.S.C. § 2255 and 28 U.S.C. § 2241 (No. 12 Cr. 152 (CM), Dkt. 479), which was transferred to this Court and denied on October 21, 2021 (No. 21-1206, Dkt. 46). Petitioner filed a petition for a writ of certiorari, and on May 22, 2023, the Supreme Court granted the petition, vacated this Court's judgment, and remanded the case for further consideration in light of *Ciminelli v. United States*, 143 S. Ct. 1121 (2023). (No. 21-1206, Dkt. 57). Petitioner then filed the instant motion for bail.

3. The Government is requesting a one-week extension because it needs additional time to prepare an adequate response to the issues raised by Petitioner's bail motion. The lead attorney for the Government during the trial, appeal, and early post-conviction proceedings has been detailed to another component of the Department of Justice and is unavailable to prepare the Government's response. The attorney for the Government who has been handling the case in her stead will be on parental leave beginning tomorrow. I was assigned to handle the case in his absence, and thus I am responsible for preparing the Government's response to Binday's motion for bail, which will require the review of an extensive trial and appellate record that spans nearly a decade. A brief one-week adjournment will not substantially prejudice Petitioner.

4. On June 5, 2023, the Government communicated with Petitioner's counsel, David W. Shapiro, Esq., regarding the Government's request for an extension, and Mr. Shapiro consented to the one-week extension.

WHEREFORE, for the reasons set forth herein, the Government respectfully requests that the Court extend the date for the Government's response to Petitioner's motion from June 12, 2023 to June 19, 2023.

Dated:  New York, New York
        June 5, 2023

                                            /s/Connie Dang
                                            CONNIE DANG
                                            Assistant United States Attorney
                                            Southern District of New York
                                            Telephone: (212) 637-2543