# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of June, two thousand twenty-three.

Before:      Michael H. Park,
                   *Circuit Judge,*

_____

Michael Binday,

            Petitioner,

v.

United States of America,

            Respondent.

_____

**ORDER**

Docket No. 21-1206

The Government moves for a one-week extension, until June 19, 2023, to respond to Petitioner's motion for bail.

IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

