# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Binday v. United States of America　　　　Docket No.: 21-1206

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Katherine C. Reilly

Firm: United States Attorney's Office for the Southern District of New York

Address: One St. Andrew's Plaza

Telephone: (212) 637-6521　　　Fax:

E-mail: katherine.reilly2@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Won S. Shin/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 19, 2022　　OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Katherine C. Reilly

Type or Print Name: Katherine C. Reilly