# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand twenty-three.

Before:  Pierre N. Leval,
Robert D. Sack,
Michael H. Park,
*Circuit Judges,*

_____

Michael Binday,

    Petitioner,

v.

United States of America,

    Respondent.

_____

**ORDER**

Docket No. 21-1206

Petitioner Michael Binday moves for bail pending resolution of his habeas proceedings. The Government opposes the motion.

IT IS HEREBY ORDERED that the motion for bail is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

