# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand twenty-three.

Before:     Michael H. Park,
              *Circuit Judge,*

_____

| | |
|---|---|
| Michael Binday, | **ORDER** |
|     Petitioner, | Docket No. 21-1206 |
| v. | |
| United States of America, | |
|     Respondent. | |

_____

     Petitioner Michael Binday moves for leave to file an oversized reply in support of his motion for bail.

     IT IS HEREBY ORDERED that the request to file an oversized reply is GRANTED.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

