

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2023

**By CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Michael Binday v. United States*,
                **Docket No. 21-1206**

Dear Ms. Wolfe:

      The Government writes in response to petitioner Michael Binday's request, dated July 7, 2023, for a schedule to submit full merits briefs on eight enumerated topics. (Dkt. 97).

      It is not at all clear that any additional briefing is necessary given the posture of this case, which is on Binday's application for leave to file a successive motion under 28 U.S.C. § 2255. This Court often rules on such applications without receiving briefing from the parties. Nevertheless, this Court received a round of motion briefing from the parties prior to its decision denying the application in 2021. In addition, since the Supreme Court remanded the case for further consideration in light of *Ciminelli v. United States*, 143 S. Ct. 1121 (2023), this Court has received a round of motion briefing from the parties, in connection with Binday's motion for bail pending the resolution of his application, that already addresses the merits of Binday's claim in light of *Ciminelli*.

      Thus, the Government does not join Binday's request and instead defers to the Court with respect to whether any additional briefing is necessary and, if so, the topics it should address and the length limits that should apply. If the Court orders additional briefing, the Government respectfully requests that its brief be scheduled as a response to, rather than a simultaneous submission with, Binday's brief.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                               United States Attorney

Catherine O'Hagan Wolfe
June 27, 2023
Page 2 of 2

                                           By:   /s/ Connie Dang
                                                         Connie Dang
                                                          Won S. Shin
                                                          Assistant United States Attorneys
                                                          Tel: (212) 637-2543 / 2226

cc:     David W. Shapiro, Esq.