# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand twenty-three,

_____

| | |
|---|---|
| Michael Binday, | **ORDER** |
| | Docket No. 21-1206 |
| Petitioner, | |
| v. | |
| United States of America, | |
| Respondent. | |

_____

By the Supreme Court's Judgment filed on May 22, 2023. The above referenced case is reinstated restoring jurisdiction to this Court. The mandate in this case is hereby recalled and the case is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

