# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand twenty-three.

Before:     Michael H. Park,
                *Circuit Judge,*

_____

Michael Binday,

    Petitioner,

v.

United States of America,

    Respondent.

_____

**ORDER**

Docket No. 21-1206

As a result of the Supreme Court's vacatur of this Court's judgment in this case, Petitioner's motion for leave to file a 28 U.S.C. § 2255 motion and/or 28 U.S.C. § 2241 petition is again pending in this Court. To the extent the 30-day deadline of 28 U.S.C. § 2244(b)(3)(D) applies, the parties consent to the Court staying decision on the motion to allow adequate time for new briefing, review of the motion, receipt of relevant records, and issuance of a decision. Upon due consideration, it is hereby ORDERED that decision on the motion is STAYED until further order of this Court for those purposes. *See Galtieri v. United States*, 128 F.3d 33, 37 (2d Cir. 1997) (discussing circumstances warranting stay of the statutory time period for deciding motions for leave to file a successive § 2255 motion).

It is further ORDERED that Binday's brief is to be filed no later than 60 days from the date of this order; the government's response brief to be filed no later than 60 days after Binday's brief; and Binday's reply brief to be filed no later than 21 days after the government's brief.

                                                    For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

