# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand twenty-three.

Before:      Michael H. Park,
                   *Circuit Judge,*

_____

| | |
|---|---|
| Michael Binday, | **ORDER** |
|     Petitioner, | Docket No. 21-1206 |
| v. | |
| United States of America, | |
|     Respondent. | |

_____

    Petitioner moves for an extension of time to December 11, 2023 to file his reply brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                    For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court